AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JUN 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE VILLA-CARRANZA | CASE NUMBER: 08 CR-2099 (W) |

    I, <u>JOSE VILLA-CARRANZA</u>, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _June 24, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x JOSE VILLA- C
_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER